FILED
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Santiago ZAPATA-Zamorano<br><br>　　　　　　Defendant. | Magistrate Case No. '08 MJ 8036<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 18, 2008, within the Southern District of California, defendant Santiago ZAPATA-Zamorano did knowingly and intentionally import approximately 15.77 kilograms (34.69 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND, DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On January 16, 2008, at approximately 1425 hours, Santiago ZAPATA-Zamorano, a citizen of Mexico, entered the United States from Mexico at the Andrade, CA Port of Entry. ZAPATA was the driver and sole occupant of a 1999 Dodge Ram. Customs and Border Protection (CBP) Officers discovered 26 packages of a white powdery substance, weighing 15.77 kilograms (34.69 pounds), concealed in the vehicle. One of the packages was probed and field-tested positive for the indication of methamphetamine.

ZAPATA was arrested in violation of Title 21 United States Code Section 952, importation of a controlled substance. ZAPATA was advised of his Constitutional Rights. ZAPATA acknowledged his rights and waived them, agreeing to answer questions without the presence of a lawyer. ZAPATA admitted that he had been told that the vehicle was loaded with marijuana. ZAPATA stated that he thought that he would be paid $2,500.00 to drive the vehicle to Los Angeles, CA. ZAPATA was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on January 19, 2007 (date) at 1646 (hours).

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 1/18/08 in violation of Title 21, United States Code, Section(s) 952 and 960.

United States Magistrate Judge

1/19/08 @ 5:08 p.m.
Date/Time