**FILED**
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR429·DMS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | |
| SANTIAGO ZAPATA-ZAMORANO, ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about January 18, 2008, within the Southern District of California, defendant SANTIAGO ZAPATA-ZAMORANO, did knowingly and intentionally import approximately 15.77 kilograms (approximately 34.69 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  February 19, 2008 .

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:2/8/08