AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SANTIAGO ZAPATA-ZAMORANO | |
| | CASE NUMBER: 08CR429-DMS |

I, __SANTIAGO ZAPATA-ZAMORANO__, the above named defendant, who is accused of violating Title 21, U.S.C., Secs., 952 and 960 - Importation of Methamphetamine (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Santiago Zapata Zamorano_
SANTIAGO ZAPATA-ZAMORANO
Defendant

_Oliver P. Cleary_
OLIVER P. CLEARY
Counsel for Defendant

Before _____
        JUDICIAL OFFICER

FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JDM:lml:2/8/08